IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 283 MR WCM

| | | |
|---|---|---|
| JACQUALYN LANIER and<br>JIMMY MASSEY | )<br>)<br>) | |
| Plaintiffs, | )<br>) | ORDER |
| v. | )<br>) | |
| PUBLIX SUPER MARKETS,<br>INC. and PUBLIX NORTH<br>CAROLINA, LP, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

This matter is before the Court for case management purposes.

On October 2, 2019, the parties were notified of their obligation to participate in an Initial Attorney's Conference ("IAC").

Plaintiffs' counsel was subsequently allowed to withdraw and the deadline to file a Certificate of Initial Attorneys' Conference ("Certificate") was extended. Doc. 12.

On more than one occasion, the Court has advised Plaintiffs, who now appear *pro se*, of the availability of this District's Pro Se Settlement Assistance Program (the "Program"). See Docs. 17, 22.

Plaintiffs were given until February 5, 2020 to decide whether to participate in the Program and to return the completed form to the Clerk of

1

Court in Asheville. Doc. 22. Further action with respect to the entry of a Pretrial Order and Case Management Plan was deferred.

As of the date of this Order, Plaintiffs have not returned the appropriate opt in form and otherwise have not submitted a response regarding the Program.

Accordingly, the parties are **DIRECTED** to file by **February 24, 2020** a Certificate of Initial Attorneys' Conference. Counsel for Defendants shall be responsible for coordinating the IAC and submitting the Certificate. Defense counsel is encouraged to contact Plaintiffs promptly upon receipt of this Order to arrange the IAC. In the event the parties are unable to agree on a proposed discovery plan, each side may submit its own proposal.

It is so ordered.

Signed: February 12, 2020

W. Carleton Metcalf
United States Magistrate Judge