# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jacqualyn Lanier and Jimmy Massey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:19-cv-00283-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Publix Super Markets, Inc. and | ) | |
| Publix North Carolina LP, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2020 Order.

December 28, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court